# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02136-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MIKE BARTOWSHESKI,

 Plaintiff,

v.

WARDEN RAE TIMME,
HEARING OFFICER LT. TOPLESS,
SOTP DIRECTOR CHARLES OLIN,
SOTP THERAPIST(S) KRISTY STENZELL, and
SOTP THERAPIST(S) TOM NELSON,

 Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

  Plaintiff, an inmate at the Colorado Territorial Correctional Facility in Cañon City, Colorado, has submitted a Prisoner Complaint.  Plaintiff also has submitted a filing fee payment in the amount of $350.00 as required pursuant to 28 U.S.C. § 1914(a). However, Plaintiff has failed to submit the additional $50.00 administrative fee necessary to commence a civil action that became effective in this Court as of May 1, 2013.  Plaintiff will be directed to cure this deficiency within thirty days if he wishes to pursue his claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.  Accordingly, it is

  ORDERED that Plaintiff cure the deficiency designated above **within thirty (30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED August 13, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge